## COHEN & KROL

ATTORNEYS AT LAW
105 WEST MADISON STREET
SUITE 1100
CHICAGO, ILLINOIS 60602
TELEPHONE (312) 368-0300
FAX (312) 368-4559

ALLAN R. COHEN (1923 - 1989)　　　　　　　　　　　　　　　　　　　　LAKE COUNTY OFFICE

JOSEPH E. COHEN　　　　　　　　　　　　　　　　　　　　20 NORTH MARTIN LUTHER KING DR..
GINA B. KROL　　　　　　　　　　　　　　　　　　　　　　WAUKEGAN, ILLINOIS 60085
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE (847) 249-4144

## REPRESENTATION AGREEMENT

　　　Scott Posch, discussed with COHEN & KROL his objectives in filing this case and agrees to pay $4,000.00 for legal services for filing Chapter 7. In addition, he agrees to pay court costs and fees for ordering credit reports which are approximately $385.00. I also agree to pay $4,385.00 before the filing of the case, and to provide the attorney with full, accurate and timely information, financial and otherwise, including properly documented proof of income and copies of tax returns filed.

　　　COHEN & KROL agrees to render legal service for all aspects of the bankruptcy case, including:
　　　a.　Analysis of the debtor's financial situation, tax returns, tax transcripts and rendering advice to the debtor in regards to the advisability of filing a Chapter 7 case.
　　　b.　Preparation and filing of any petition, schedules, statement of affairs and plan which may be required.
　　　c.　Advise the debtor of the requirement to attend the meeting of creditors, and notify the debtor of the date, time and place of the meeting.
　　　d.　Representation of the debtor at the meeting of the creditors, any routine motion to modify stay, any confirmation hearing, and any adjourned hearings thereof and other bankruptcy court matters which are not contested.

Above agreed fee does not include the following services:
　　　a.　2004 examinations
　　　b.　contested hearings and adversary proceedings
　　　d.　any motions to compel, to reopen or to avoid Judgment Lien in Chapter 7
　　　e.　any audits conducted by the Department of Justice or Office of the United States Trustee exceeding more than 3 hours

Fees for the services rendered on non-inclusive services will be at the hourly billing rate of $510.00 an hour for Gina Krol's time and $350.00 an hour for an associate attorney.

　　　Above agreed fee agreement is terminated with an issuance of discharge and

case closing or dismissal of the case. The services of COHEN & KROL can be terminated at any time by either party. COHEN & KROL would file a motion to withdraw as counsel with notice to the Debtors. Similarly, COHEN & KROL may withdraw from its representation of you, consistent with the Rules of Professional Conduct, should you fail to disclose any material facts or act contrary to the Firm's advice, or if anything else occurs that, in the Firm's judgment, impairs its ability to continue an effective attorney-client relationship.

Although we will perform our professional services on your behalf to the best of our ability, we cannot make, and have not made, any guarantees regarding the outcome of the matter for which you have engaged us. Our expressions about the outcome of the matter are our best professional estimates only and are limited by our knowledge at the time they are expressed.

Date: 6-3-2018

Signed:

_Scott R. Posch_

Scott R. Posch

_____
Attorney for Debtor